**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6542

JAMES J. HUNDLEY,

            Plaintiff – Appellant,

      v.

RONALD REVISH, Probation Officer; AARON SUMPTER, Probation
Officer; JOHN DOE, District Supervisor,

            Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie  M.  Brinkema,
District Judge. (1:10-cv-00068-LMB-IDD)

Submitted:  July 27, 2010            Decided:  August 6, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

James J. Hundley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James J. Hundley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hundley v. Revish</u>, No. 1:10-cv-00068-LMB-IDD (E.D. Va. filed Mar. 31, 2010; entered Apr. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>